**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| BRANDON EUGENE FISHER, | ) |
| Petitioner, | ) |
| v. | ) No. 1:22-CV-139 MTS |
| BILL STANGE, | ) |
| Respondent. | ) |

## ORDER

Petitioner moves for leave to proceed in forma pauperis in this habeas corpus action brought pursuant to 28 U.S.C. § 2254. Upon review of the financial information provided by petitioner, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** petitioner's motion for leave to proceed in forma pauperis, Doc. [2], is **GRANTED**.

Dated this 26th day of October, 2022.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE